**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: LEBBOS, AWAD E. | § Case No. 09-73336 |
|       LEBBOS, MARIE Y. | § |
| | § |
| Debtor(s) | § |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 10/18/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

    Dated:  09/09/2010          By:   /s/BERNARD J. NATALE
                                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| In re: LEBBOS, AWAD E. | § | Case No. 09-73336 |
| LEBBOS, MARIE Y. | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,001.17 |
| *and approved disbursements of* | $ 6.32 |
| *leaving a balance on hand of* [1] | $ 7,994.85 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | BERNARD J. NATALE | $ 1,550.12 | $ |
| *Attorney for trustee* | | $ | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 158,506.26 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.1 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Discover Bank | $ 9,804.80 | $ 398.66 |
| 2 | Chase Bank USA, N.A. | $ 13,422.32 | $ 545.74 |
| 3 | Chase Bank USA, N.A. | $ 14,522.29 | $ 590.46 |
| 4 | American Express Centurion Bank | $ 6,623.86 | $ 269.32 |
| 5 | American Express Bank, FSB | $ 7,862.99 | $ 319.70 |
| 6 | GE Money Bank dba JC Penney Reward MC | $ 6,509.72 | $ 264.68 |
| 7 | GE Money Bank dba Wal-Mart Discover | $ 2,135.11 | $ 86.81 |
| 8 | GE Money Bank dba Sam's Club Discover | $ 7,565.09 | $ 307.59 |
| 9 | GE Money Bank dba Paypal Plus Credit | $ 1,919.47 | $ 78.04 |
| | GE Money Bank dba Wal-mart | | |

**UST Form 101-7-NFR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| 10 | Discover Card | $ | 922.84 | $ | 37.52 |
| 11 | U.S. Bank N.A. | $ | 22,879.16 | $ | 930.25 |
| 12 | Fia Card Services, NA/Bank of America | $ | 20,242.86 | $ | 823.06 |
| 13 | Fia Card Services, NA/Bank of America | $ | 16,819.75 | $ | 683.88 |
| 14 | Fia Card Services, NA/Bank of America | $ | 6,462.47 | $ | 262.76 |
| 15 | Fia Card Services, NA/Bank of America | $ | 8,896.71 | $ | 361.73 |
| 16 | Fia Card Services, NA/Bank of America | $ | 11,916.82 | $ | 484.53 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number*   *Claimant*                              *Allowed Amt. of Claim*   *Proposed Payment*
N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cbachman              Page 1 of 2                   Date Rcvd: Sep 21, 2010
Case: 09-73336                Form ID: pdf006             Total Noticed: 37


The following entities were noticed by first class mail on Sep 23, 2010.
db/jdb        +Awad E. Lebbos,    Marie Y. Lebbos,    715 Laurel Lane,    Cary, IL 60013-3207
aty           +Richard T Jones,   138 Cass Street,    Woodstock, IL 60098-3254
tr            +Bernard J Natale,   Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
                Rockford, IL 61108-2582
14285605      +Amanda,   1060 W. Algonquin Rd.,    Algonquin, IL 60156-3500
14285607      +American Express,    c/o NCO Financial Systems, Inc.,    507 Prudential Rd.,
                Horsham, PA 19044-2308
14285606      +American Express,    Post Office Box 981537,    El Paso, TX 79998-1537
15615935       American Express Bank, FSB,    % Becket & Watkins,    POB 3001,    Malvern, PA 19355-0701
15615934       American Express Centurion Bank,     % Becket & Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14285608       Bank of America,   4060 Ogleton Stan,    Mail Code DES-019,    Newark, DE 19713
14285609       Best Buy/HRS,    Post Office Box 17298,    Baltimore, MD 21297-1298
14285612       CB USA Sears,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
14285610      +Capital One,    1957 Westmoreland,    Post Office Box 26094,    Richmond, VA 23260-6094
14285611       Capital One,    c/o NCO Financial,    Post Office Box 12100,    Virginia Beach, VA 23462
14285613      +Chase,   800 Brooksedge Blvd.,    Westerville, OH 43081-2822
14285614      +Chase Bank,    c/o Michael Fine,    131 S. Dearborn Street, 5th Fl.,    Chicago, IL 60603-5571
15546495       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14285615      +Chase Home Finance,    Attention: Bankruptcy Dept.,    3415 Vision Drive,    Columbus, OH 43219-6009
14285616       Citibank,   P.O. Box 6003,    Hagerstown, MD 21747-6003
14285617       Citibank,   c/o Alliance One Receivables,    Post Office Box 3107,    Southeastern, PA 19398-3107
14285620       Fidelity Investments,    Post Office Box 15019,    Wilmington, DE 19886-5019
15635939      +GE Money Bank dba PAYPAL PLUS CREDIT,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14285621      +Harris Bank,    3800 Golf Road,    Post Office Box 8759,    Rolling Meadows, IL 60008-8759
14285622       Home Depot Credit Services,    Post Office Box 689100,    Des Moines, IA 50368-9100
14285624      +JC Penney/GE Money Bank,    c/o Encore Receiveable Mgmt,    400 N. Rogers Rd., Box 3330,
                Olathe, KS 66062-1212
14285625       Paypal Plus Credit Card,    P.O. Box 960080,    Orlando, FL 32896-0080
15817256     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: U.S. Bank N.A.,     P.O. Box 5229,    Cincinnati, OH 45201)
14285627     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    Post Office Box 790408,    Saint Louis, MO 63179-0408)
14285628      +Walmart Discover,    Post Office Box 960024,    Orlando, FL 32896-0024
14285629      +Walmart Discover/GE Money Bank,    c/o Encore Receivable Mgmt,    400 N. Rogers Rd., Box 3330,
                Olathe, KS 66062-1212
The following entities were noticed by electronic transmission on Sep 21, 2010.
14285618       E-mail/PDF: mrdiscen@discoverfinancial.com Sep 22 2010 01:35:05      Discover,    12 Reads Way,
                New Castle, DE 19720-1649
14285619      +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 22 2010 01:35:05      Discover Bank,
                Dfs Services LLC,    PO Box 3025,    New Albany, OH 43054-3025
15867614       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 22 2010 01:34:28
                Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
15635936      +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2010 01:47:12
                GE Money Bank dba JCPENNEY REWARDS MASTERCARD,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15635938      +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2010 01:47:12
                GE Money Bank dba SAM'S CLUB DISCOVER,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
15635937      +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2010 01:47:12
                GE Money Bank dba WAL-MART DISCOVER CARD,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
14285623      +E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2010 01:47:12      JC Penney,    Post Office Box 984100,
                El Paso, TX 79998-4100
14285626       E-mail/PDF: gecsedi@recoverycorp.com Sep 22 2010 01:47:12      Sam's Discover,
                Post Office Box 960013,    Orlando, FL 32896-0013
                                                                                              TOTAL: 8
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cbachman         Page 2 of 2              Date Rcvd: Sep 21, 2010
Case: 09-73336               Form ID: pdf006        Total Noticed: 37

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2010**                    **Signature:**   *Joseph Speetjens*