# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: LEBBOS, AWAD E. | § Case No. 09-73336 |
| LEBBOS, MARIE Y. | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $287,700.00 *(without deducting any secured claims)* | Assets Exempt: $28,300.00 |
| Total Distribution to Claimants: $6,444.73 | Claims Discharged Without Payment: $152,061.53 |
| Total Expenses of Administration: $1,556.44 | |

3) Total gross receipts of $ 8,001.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,001.17 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,556.44 | 1,556.44 | 1,556.44 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 158,506.26 | 158,506.26 | 6,444.73 |
| **TOTAL DISBURSEMENTS** | $0.00 | $160,062.70 | $160,062.70 | $8,001.17 |

    4) This case was originally filed under Chapter 7 on August 07, 2009. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/22/2011          By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous household goods & furnishings-debt | 1129-000 | 3,000.00 |
| 50% interest in AR Environmental Consultants, LL | 1129-000 | 3,000.00 |
| 2003 Ford F150 pickup truck; 53,000 miles-debtor | 1129-000 | 2,000.00 |
| Interest Income | 1270-000 | 1.17 |
| **TOTAL GROSS RECEIPTS** | | **$8,001.17** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE | 2100-000 | N/A | 1,550.12 | 1,550.12 | 1,550.12 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 6.32 | 6.32 | 6.32 |

| | UNIFORM TRAN. CODE | | | | |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | N/A | | 1,556.44 | 1,556.44 | 1,556.44 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 9,804.80 | 9,804.80 | 398.66 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,422.32 | 13,422.32 | 545.74 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 14,522.29 | 14,522.29 | 590.46 |
| 4 | American Express Centurion Bank | 7100-000 | N/A | 6,623.86 | 6,623.86 | 269.32 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 7,862.99 | 7,862.99 | 319.70 |
| 6 | GE Money Bank dba JC Penney Reward MC | 7100-000 | N/A | 6,509.72 | 6,509.72 | 264.68 |
| 7 | GE Money Bank dba Wal-Mart Discover | 7100-000 | N/A | 2,135.11 | 2,135.11 | 86.81 |
| 8 | GE Money Bank dba Sam's Club Discover | 7100-000 | N/A | 7,565.09 | 7,565.09 | 307.59 |
| 9 | GE Money Bank dba Paypal Plus Credit | 7100-000 | N/A | 1,919.47 | 1,919.47 | 78.04 |
| 10 | GE Money Bank dba Wal-mart Discover Card | 7100-000 | N/A | 922.84 | 922.84 | 37.52 |
| 11 | U.S. Bank N.A. | 7100-000 | N/A | 22,879.16 | 22,879.16 | 930.25 |
| 12 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 20,242.86 | 20,242.86 | 823.06 |
| 13 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 16,819.75 | 16,819.75 | 683.88 |
| 14 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 6,462.47 | 6,462.47 | 262.76 |

**UST Form 101-7-TDR (10/1/2010)**

| 15 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,896.71 | 8,896.71 | 361.73 |
| 16 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 11,916.82 | 11,916.82 | 484.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 158,506.26 | 158,506.26 | 6,444.73 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-73336  
**Case Name:** LEBBOS, AWAD E.  
  LEBBOS, MARIE Y.  
**Period Ending:** 02/22/11

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 08/07/09 (f)  
**§341(a) Meeting Date:** 09/09/09  
**Claims Bar Date:** 07/22/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 715 Laurel Lane, Cary, IL | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account-Bank of America | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 3 | Miscellaneous household goods & furnishings-debt | 1,800.00 | 3,200.00 | | 3,000.00 | FA |
| 4 | Necessary wearing apparel-debtors' possession | 500.00 | 0.00 | DA | 0.00 | FA |
| 5 | 50% interest in AR Environmental Consultants, LL | 0.00 | 5,000.00 | | 3,000.00 | FA |
| 6 | 2004 Chevrolet Trailblazer; 85,000 miles owned j | 3,000.00 | 1,100.00 | DA | 0.00 | FA |
| 7 | 2006 Chevrolet Cobalt; 75,000 miles owned jointl | 4,000.00 | 100.00 | DA | 0.00 | FA |
| 8 | 2003 Ford F150 pickup truck; 53,000 miles-debtor | 7,000.00 | 2,200.00 | | 2,000.00 | FA |
| 9 | 2001 Mercedes Benz S500; 150,000 miles-debtors' | 4,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.17 | FA |
| 10 | Assets   Totals (Excluding unknown values) | **$296,500.00** | **$11,600.00** | | **$8,001.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TRUSTEE NEGOTIATING RESOLUTION FOR SALE OF NON EXEMPT ASSETS TO DEBTOR.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2010    **Current Projected Date Of Final Report (TFR):**    September 9, 2010  (Actual)

Printed: 02/22/2011 01:11 PM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-73336  
**Case Name:** LEBBOS, AWAD E.  
LEBBOS, MARIE Y.  
**Taxpayer ID #:** **-***4611  
**Period Ending:** 02/22/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-65 - Money Market Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | | Awad Lebbos | Pymt of Compromise for Non-Exempt Assets | | 8,000.00 | | 8,000.00 |
| | {5} | | 3,000.00 | 1129-000 | | | 8,000.00 |
| | {8} | | 2,000.00 | 1129-000 | | | 8,000.00 |
| | {3} | | 3,000.00 | 1129-000 | | | 8,000.00 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.23 | | 8,000.23 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 0.47 | | 8,000.70 |
| 06/03/10 | 1001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #09-73336, BOND #016018067 | 2300-000 | | 6.32 | 7,994.38 |
| 06/29/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0700% | 1270-000 | 0.47 | | 7,994.85 |
| 06/29/10 | | To Account #9200******0966 | Close Account and Transfer Funds for Final Report | 9999-000 | | 7,994.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 8,001.17 | 8,001.17 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,994.85 | |
| | | | **Subtotal** | | 8,001.17 | 6.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$8,001.17** | **$6.32** | |

{} Asset reference(s)

Printed: 02/22/2011 01:11 PM    V.12.56

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 09-73336  
**Case Name:** LEBBOS, AWAD E.  
  LEBBOS, MARIE Y.  
**Taxpayer ID #:** **-***4611  
**Period Ending:** 02/22/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-66 - Checking Account  
**Blanket Bond:** $552,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/29/10 | | From Account #9200******0965 | Close Account and Transfer Funds for Final Report | 9999-000 | 7,994.85 | | 7,994.85 |
| 10/18/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,550.12, Trustee Compensation;  Reference: | 2100-000 | | 1,550.12 | 6,444.73 |
| 10/18/10 | 102 | Discover Bank | Distribution paid  4.06% on $9,804.80; Claim# 1; Filed: $9,804.80; Reference: 2755 | 7100-000 | | 398.66 | 6,046.07 |
| 10/18/10 | 103 | American Express Centurion Bank | Distribution paid  4.06% on $6,623.86; Claim# 4; Filed: $6,623.86; Reference: 1004 | 7100-000 | | 269.32 | 5,776.75 |
| 10/18/10 | 104 | American Express Bank, FSB | Distribution paid  4.06% on $7,862.99; Claim# 5; Filed: $7,862.99; Reference: 1002 | 7100-000 | | 319.70 | 5,457.05 |
| 10/18/10 | 105 | GE Money Bank dba JC Penney Reward MC | Distribution paid  4.06% on $6,509.72; Claim# 6; Filed: $6,509.72; Reference: 8978 | 7100-000 | | 264.68 | 5,192.37 |
| 10/18/10 | 106 | GE Money Bank dba Wal-Mart Discover | Distribution paid  4.06% on $2,135.11; Claim# 7; Filed: $2,135.11; Reference: 2556 | 7100-000 | | 86.81 | 5,105.56 |
| 10/18/10 | 107 | GE Money Bank dba Sam's Club Discover | Distribution paid  4.06% on $7,565.09; Claim# 8; Filed: $7,565.09; Reference: 0876 | 7100-000 | | 307.59 | 4,797.97 |
| 10/18/10 | 108 | GE Money Bank dba Paypal Plus Credit | Distribution paid  4.06% on $1,919.47; Claim# 9; Filed: $1,919.47; Reference: 7927 | 7100-000 | | 78.04 | 4,719.93 |
| 10/18/10 | 109 | GE Money Bank dba Wal-mart Discover Card | Distribution paid  4.06% on $922.84; Claim# 10; Filed: $922.84; Reference: 2898 | 7100-000 | | 37.52 | 4,682.41 |
| 10/18/10 | 110 | U.S. Bank N.A. | Distribution paid  4.06% on $22,879.16; Claim# 11; Filed: $22,879.16; Reference: 0481 | 7100-000 | | 930.25 | 3,752.16 |
| 10/18/10 | 111 | Fia Card Services, NA/Bank of America | Distribution paid  4.06% on $20,242.86; Claim# 12; Filed: $20,242.86; Reference: 8263 OR 8049 | 7100-000 | | 823.06 | 2,929.10 |
| 10/18/10 | 112 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 1,136.20 | 1,792.90 |
| | | | Dividend paid  4.06% on        545.74 $13,422.32;  Claim# 2; Filed: $13,422.32; Reference: 4069 | 7100-000 | | | 1,792.90 |
| | | | Dividend paid  4.06% on        590.46 $14,522.29;  Claim# 3; Filed: $14,522.29; Reference: 3453 | 7100-000 | | | 1,792.90 |
| 10/18/10 | 113 | Fia Card Services, NA/Bank of America | Combined Check for Claims#13,14,15,16 | | | 1,792.90 | 0.00 |
| | | | Dividend paid  4.06% on        683.88 $16,819.75;  Claim# 13; Filed: $16,819.75; | 7100-000 | | | 0.00 |

Subtotals :                 $7,994.85        $7,994.85

{} Asset reference(s)                                         Printed: 02/22/2011 01:11 PM     V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 09-73336  
**Case Name:** LEBBOS, AWAD E.  
LEBBOS, MARIE Y.  
**Taxpayer ID #:** **-***4611  
**Period Ending:** 02/22/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******09-66 - Checking Account  
**Blanket Bond:** $552,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Reference: 5296 | | | | |
| | | | Dividend paid 4.06% on 262.76<br>$6,462.47; Claim# 14;<br>Filed: $6,462.47;<br>Reference: 1868 | 7100-000 | | | 0.00 |
| | | | Dividend paid 4.06% on 361.73<br>$8,896.71; Claim# 15;<br>Filed: $8,896.71;<br>Reference: 8842 | 7100-000 | | | 0.00 |
| | | | Dividend paid 4.06% on 484.53<br>$11,916.82; Claim# 16;<br>Filed: $11,916.82;<br>Reference: 2278 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,994.85 | 7,994.85 | $0.00 |
| | | | Less: Bank Transfers | | 7,994.85 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,994.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $7,994.85 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******09-65** | 8,001.17 | 6.32 | 0.00 |
| **Checking # 9200-******09-66** | 0.00 | 7,994.85 | 0.00 |
| | $8,001.17 | $8,001.17 | $0.00 |

{} Asset reference(s)        Printed: 02/22/2011 01:11 PM    V.12.56